IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL RESEARCH CENTER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PREMIER HEALTH, LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-06509-MMC<br><br>**ORDER DIRECTING COUNSEL FOR PLAINTIFF TO REGISTER AS ECF USER** |

　　　　The above-titled action is subject to Electronic Case Filing ("ECF") pursuant to Civil Local Rule 5-1, which provides that "[e]ach attorney of record is obligated to become an ECF user and obtain a user ID and password before e-filing a document in an existing case in this district," see Civil L.R. 5-1(c)(1), and that all orders filed by the Court in non-sealed cases will be served "only via . . . emailed Notice of Electronic Filing," see Civil L.R. 5-1(h)(3).[1]

　　　　The docket reflects that counsel for plaintiff has not, to date, registered as an ECF User.

　　　　Accordingly, IT IS HEREBY ORDERED that, if he has not already done so, counsel for plaintiff shall register forthwith as an ECF User and obtain an ECF User ID and password.  Forms and instructions concerning registration can be found on the district court's website at ecf.cand.uscourts.gov.

---

　　　　[1] As a courtesy, the Court has directed the Clerk to serve this Order on plaintiff's counsel by mail.

1    **IT IS SO ORDERED.**

3    Dated: September 14, 2021

_____
MAXINE M. CHESNEY
United States District Judge